739 A.2d 1053

**In re Thomas W. SMITH, Esquire, Relating To:**

**John L. Martino**

**v.**

**Michael J. Panichelli and Litvin, Blumberg, Matusow & Young.**

**Petition of Michael J. Panichelli and Litvin,
Blumberg, Matusow & Young.**

Supreme Court of Pennsylvania.

Oct. 25, 1999.

## ORDER

PER CURIAM:

**AND NOW**, this 25 [th] day of October, 1999, the Application Seeking Leave to File Original Process is granted. The Petition for Writ of Prohibition is denied.